352

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful transportation of whiskey, gin and wine in a dry area; the punishment, 30 days in jail and a fine of $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is enticing a minor female; the punishment, 30 days in jail and a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Joe E. LUMAN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27857.

Court of Criminal Appeals of Texas.

Nov. 30, 1955.

**Burle Marvin CLIFTON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27852.

Court of Criminal Appeals of Texas.

Nov. 30, 1955.

